**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OUMERE, LLC, a Delaware Limited Liability Company; WENDY OURIEL, an Individual, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CALLI ZARPAS, an Individual, <br><br> Defendant-Appellee. | No. 21-55721 <br><br> D.C. No. 8:21-cv-00224-DOC-JDE <br> Central District of California, Santa Ana <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator